

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| UNITED STATES OF AMERICA, | 6:12-CR-81-HO |
|---|---|
| v. | **I N D I C T M E N T** |
| MICHAEL LEE FRY, | [18 U.S.C. §§ 922(g)(1), 924(d), 924(e) and 28 U.S.C. § 2461(c)] |
| Defendant. | |

THE GRAND JURY CHARGES:

## COUNT 1

### [FELON IN POSSESSION OF A FIREARM]

On or about November 13, 2011, in the District of Oregon, MICHAEL LEE FRY, defendant herein, who had previously been convicted of a crime punishable by imprisonment for a term exceeding one year as defined in Title 18, United States Code, Section 921(a)(20), that crime being one or more of the following:

1) Burglary I, in the Circuit Court of the State of Oregon for the County of Lane, Case Number 20-09-23347, on or about February 10, 2010;

2) Attempting to Elude a Police Officer, in the Circuit Court of the State of Oregon for the County of Douglas, Case Number 07CR2322FE, on or about February 6, 2008;

3) Attempting to Elude a Police Officer, in the Circuit Court of the State of Oregon for the County of Douglas, Case Number 07CR0646FE, on or about April 10, 2007;

4) Unlawful Delivery of a Controlled Substance, in the Circuit Court of the State of Oregon for the County of Douglas, Case number 03CR0180FE, on or about April 3, 2003;

5) Unlawful Use of a Weapon, in the Circuit Court of the State of Oregon for the County of Douglas, Case Number 94CR0800FE, on or about May 18, 1994;

did knowingly possess the following firearm:

    1)    a Charter Arms pistol, model Explorer II, .22 caliber, bearing serial number B038230;

which had previously been shipped or transported in interstate or foreign commerce;

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(e).

## FORFEITURE ALLEGATION

Upon conviction of the offense alleged in Count 1 of this indictment, defendant MICHAEL LEE FRY, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), the firearm involved in the offense, including without limitation:

    1)    a Charter Arms pistol, model Explorer II, .22 caliber, bearing serial number B038230.

DATED this 15th day of February 2012.

A TRUE BILL.

/s/ Grand Jury Foreperson  
GRAND JURY FOREPERSON

S. AMANDA MARSHALL  
United States Attorney

/s/ Jeffrey S. Sweet  
JEFFREY S. SWEET  
Assistant United States Attorney

**INDICTMENT**      **Page 2**